IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Steady State Imaging, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>General Electric Company,<br><br>　　　　　　Defendant. | Case No. 0:17-cv-01048-JRT-KMM<br><br>**Defendant General Electric Company's Partial Motion to Dismiss and to Stay Deadline for Answering the Complaint** |

Defendant General Electric Company ("GE"), by and through its attorneys, moves this Court for an Order dismissing, with prejudice, Counts II, III, and IV of the Complaint of Plaintiff Steady State Imaging, LLC pursuant to Federal Rule of Civil Procedure 12(b)(6).

GE bases its Motion upon the pleadings filed with this Court, the Memorandum of Law in Support of Defendant General Electric Company's Partial Motion to Dismiss and to Stay Deadline for Answering the Complaint, the Declaration of Nicole S. Frank, oral argument of the parties, and upon other information the Court may consider or request.

WHEREFORE, for the reasons stated in the accompanying Memorandum of Law in Support of Defendant General Electric Company's Partial Motion to Dismiss and to Stay Deadline for Answering the Complaint, this Court should

dismiss Counts II, III, and IV of Plaintiff Steady State Imaging, LLC's Complaint with prejudice.

Dated: May 12, 2017

Respectfully submitted,

**Robins Kaplan LLP**

/s/ *Nicole S. Frank*
Marla R. Butler (0397937)
Nicole S. Frank (0388822)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

T: 612–349–8500
F: 612–339–4181

mbutler@robinskaplan.com
nfrank@robinskaplan.com

*Attorneys for Defendant*
*General Electric Company*

87817376.1