UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Steady State Imaging, LLC, | Case No. 0:17-cv-01048-JRT--KMM |
| Plaintiff, | |
| v. | **ORDER** |
| General Electric Company, | |
| Defendant. | |

---

The Court held a telephonic hearing on February 20, 2018 to resolve discovery and disclosure issues raised by GE through the Informal Dispute Resolution process established in the Scheduling Order. *See* ECF No. 38 at 3-4. SSI and GE both submitted letters prior to the telephonic hearing and presented oral argument during the conference. The Court issued its rulings on three issues during the conference, and this Order memorializes those decisions.

Based on the written submissions, the arguments of counsel, and on the entire record in this matter, **IT IS HEREBY ORDERED THAT**:

1. GE's request that the Court issue a protective order prohibiting SSI from taking a second Rule 30(b)(6) deposition of a GE representative on damages issues is **DENIED**. The parties are encouraged to work together to attempt to narrow the topics for this deposition. The deposition shall take place as soon as practicable, but the parties shall arrange for it to take place no later than 30 days from the date of this Order.

2. GE's request for a protective order to be issued prohibiting SSI from taking the deposition of Michael Harsh is **GRANTED**. This Order does not

require GE to remove Mr. Harsh from its supplemented Rule 26(a)(1) disclosures.

3. GE's request that the Court strike SSI's supplemental Rule 26(a)(1) disclosure to the extent it added Dr. Lenore Everson as a potential witness is **GRANTED**.

Date: February 21, 2018               *s/ Katherine Menendez*
                                      Katherine Menendez
                                      United States Magistrate Judge