UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steady State Imaging, LLC<br><br>Plaintiff,<br><br>v.<br><br>General Electric Company<br><br>Defendant. | Civil No. 0:17-cv-01048-JRT-KMM<br><br>**PLAINTIFF STEADY STATE IMAGING, LLC'S MOTION TO EXCLUDE EVIDENCE NOT DISCLOSED IN RESPONSE TO INTERROGATORIES** |

Pursuant to the Federal Rules of Civil Procedure 26(e)(1) and 37(c)(1), the Local Rules of this Court, and other applicable law, Plaintiff Steady State Imaging, LLC hereby moves this Court for an Order barring Defendant General Electric Co. ("GE") from using on any motion, at any hearing, or at trial, the following information that it failed to disclose in response to interrogatories during discovery:

1. Any evidence in support of the 22 affirmative defenses to SSI's breach of contract claims (Counts 1 and 3) set forth in GE's Affirmative Defense Paragraphs 3-7, 10, 13-17, and 19 (these were requested in Interrogatory Nos. 2 and 3). The specific defenses at issue are as follows:

| Paragraph | Defenses |
|---|---|
| Third | Estoppel<br>Waiver<br>Acquiescence<br>Laches |
| Fourth | Statute of Frauds |
| Fifth | Statute of Limitations |
| Sixth | Barred by express terms of the agreements |

| | |
|---|---|
| Seventh | Impracticability |
| | Impossibility of Performance |
| | Frustration of Purpose |
| Tenth | Failure to provide proper notice of breach |
| Thirteenth | Failure of consideration |
| | Failure of performance |
| Fourteenth | Promises are unenforceable |
| | Promises are void |
| | Promises are indefinite |
| Fifteenth | Absence of writing |
| | Absence of clear and definite promise |
| | Absence of essential terms |
| Sixteenth | Lack of authority, both actual and apparent |
| Seventeenth | Failure to fulfill a condition precedent |
| Nineteenth | Not an enforceable contract, barred due to defects fatal to contract formation |

2. Any evidence concerning GE's policies and procedures for its ATD programs that was set forth in GE's February 16, 2018, supplemental response to Interrogatory No. 6; and

3. Any evidence concerning GE's ATD program on quiet imaging that was set forth in GE's February 16, 2018 supplemental response to Interrogatory No. 7.

This motion is based on the file, record and proceedings herein, as well as the accompanying Memorandum of Law and Declaration of Paul J. Robbennolt with exhibits filed herewith.

Dated:  March 27, 2018 **WINTHROP & WEINSTINE, P.A.**

By  s/Paul J. Robbennolt
   Devan V. Padmanabhan #0240126
   Paul J. Robbennolt #240497
   Lisa B. Ellingson #389458
225 South Sixth Street
Suite 3500
Minneapolis, MN 55402
Telephone:  (612) 604-6400
Facsimile:  (612) 604-6800
dpadmanabhan@winthrop.com
probbennolt@winthrop.com
lellingson@winthrop.com

***ATTORNEYS FOR PLAINTIFF STEADY STATE IMAGING, LLC***

15197987v1