# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Steady State Imaging, LLC,<br><br>                Plaintiffs,<br><br>   v.<br><br>General Electric Company,<br><br>                Defendant. | Civil Action No. 17-cv-01048 JRT-KMM |

## DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION TO STRIKE PORTIONS OF PLAINTIFF SSI'S SECOND AND THIRD SUPPLEMENTAL ANSWERS TO INTERROGATORY NO. 1

Pursuant to Federal Rules of Civil Procedure 16, 26, and 37(c), as well as Local Rule 37.1, Defendant General Electric Company ("GE") moves this Court for an order striking portions of Plaintiff Steady State Imaging, LLC's ("SSI's") Second and Third Supplemental Answers to GE Interrogatory No. 1. GE's motion is supported by the accompanying Memorandum of Law in Support of Its Motion to Strike, the Declaration of Marla R. Butler and attached exhibits, further submissions in support of this motion, and the arguments of counsel.

Dated: March 27, 2018          Respectfully submitted,

By: */s/ Marla R. Butler*
    Marla R. Butler (0397937)
    Logan Drew (0389449)
    Francois O. Ecclesiaste (0397444)
    Robins Kaplan LLP
    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, MN 55402

T: 612–349–8500
F: 612–339–4181
mbutler@robinskaplan.com
ldrew@robinskaplan.com
fecclesiaste@robinskaplan.com

*Attorneys for Defendant General Electric Company*